**VERONICA A.F. NEBB**
City Attorney, SBN 140001
**BY: KATELYN M. KNIGHT**
Assistant City Attorney, SBN 264573
**CITY OF VALLEJO**, City Hall
555 Santa Clara Street, 3rd Floor
Vallejo, CA  94590
Tel:     (707) 648-4545
Fax:    (707) 648-4687
Email: katelyn.knight@cityofvallejo.net

Attorneys for Defendants CITY OF VALLEJO, JODI BROWN, SHAWNY WILLIAMS, ANDREW BIDOU, STEVE DARDEN, ZACH HORTON, and JASON GOODNER

## UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN MARK RAUDELUNAS,<br><br>Plaintiff,<br><br>vs.<br><br>CITY OF VALLEJO, VALLEJO POLICE DEPARTMENT, VALLEJO FIRE DEPARTMENT, OFFICER JODI BROWN, in her individual capacity, CHIEF SHAWNY WILLIAMS, in his individual capacity, OFFICER STEVE DARDEN, in his individual capacity, OFFICER ZACH HORTON, in his individual capacity, FIRE CAPTAIN JASON GOODNER, in his individual capacity, and DOES 1-50, inclusive,<br><br>Defendants | Case No.  2:21-cv-00394-KJM-JDP<br><br>**NOTICE OF STIPULATED REQUEST TO SEAL DOCUMENTS AND ORDER THEREON** |

WHEREAS Defendants inadvertently filed a police report exhibit without redaction of date of birth information pursuant to Fed. R. Civ. Proc. 5.2(a)(2) on pages 15, 16 and 21 of ECF 8 and pages 6, 7 and 12 of ECF 9;

-1-

WHEREAS the Parties agree that there is good cause to seal the pages including date of birth information to protect the individuals' privacy interest;

All parties, by and through their respective undersigned counsel of record hereby stipulate to seal pages 15, 16 and 21 of ECF 8, included with an Exhibit to the Declaration of Katelyn Knight and also seal pages 6, 7 and 12 of ECF 9, included as an Exhibit to the Request for Judicial Notice filed in support of Defendants' Motion to Dismiss.

**IT IS SO STIPULATED.**

Dated:  June 9, 2021

/s/ Jeffrey L. Mendelman
———————————————
JEFFREY L. MENDELMAN
VINCENT R. MAHER
Attorneys for Plaintiff

Dated:  June 9, 2021

/s/ Katelyn M. Knight
———————————————
KATELYN M. KNIGHT
Assistant City Attorney
Attorney for Defendants CITY OF VALLEJO, JODI BROWN, SHAWNY WILLIAMS, ANDREW BIDOU, STEVE DARDEN, ZACH HORTON, and JASON GOODNER

**IT IS SO ORDERED.**

The Clerk of Court is directed to file under seal the following already filed documents:

(1) Knight Decl. Ex. A at 15, 16, 21, ECF No. 8

(2) Knight Decl. Ex. A. at 15, 16, 21, ECF No. 9.

This order resolves ECF No. 13.

DATED:  June 16, 2021.

———————————————
CHIEF UNITED STATES DISTRICT JUDGE