# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| John Mark Raudelunas,<br><br>      Plaintiff,<br><br>    v.<br><br>City of Vallejo et al.,<br><br>      Defendants. | No. 2:21-cv-00394-KJM-JDP<br><br>ORDER |

     Recently the court granted defendants' request to seal documents, ECF No. 13, and directed the Clerk of Court to seal ECF Nos. ECF 8 & 9 (Knight Decl. Ex. A at 15, 16, 21 and Knight Decl. Ex. A. at 15, 16, 21). The court now DIRECTS defendants to file redacted versions of ECF Nos. 8 & 9 by June 25, 2021, to be included in the public docket.

     IT IS SO ORDERED.

DATED: June 21, 2021.

                                                        CHIEF UNITED STATES DISTRICT JUDGE