1 | **VERONICA A.F. NEBB**
City Attorney, SBN 140001
2 | **BY: KATELYN M. KNIGHT**
Assistant City Attorney, SBN 264573
3 | **CITY OF VALLEJO**, City Hall
4 | 555 Santa Clara Street, 3rd Floor
Vallejo, CA 94590
5 | Tel: (707) 648-4545
6 | Fax: (707) 648-4687
Email: katelyn.knight@cityofvallejo.net
7 |
8 | Attorneys for Defendants CITY OF VALLEJO, JODI BROWN, SHAWNY WILLIAMS, ANDREW BIDOU, STEVE DARDEN, ZACH HORTON, and JASON GOODNER

## UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| JOHN MARK RAUDELUNAS, | Case No. 2:21-cv-00394-KJM-JDP |
|---|---|
| Plaintiff, | **STIPULATED REQUEST TO CONTINUE PRETRIAL SCHEDULING CONFERENCE; ORDER** |
| vs. | |
| CITY OF VALLEJO, VALLEJO POLICE DEPARTMENT, VALLEJO FIRE DEPARTMENT, OFFICER JODI BROWN, in her individual capacity, CHIEF SHAWNY WILLIAMS, in his individual capacity, OFFICER STEVE DARDEN, in his individual capacity, OFFICER ZACH HORTON, in his individual capacity, FIRE CAPTAIN JASON GOODNER, in his individual capacity, and DOES 1-50, inclusive, | |
| Defendants | |

Plaintiff JOHN RAUDELUNAS and Defendants CITY OF VALLEJO, JODI BROWN, SHAWNY WILLIAMS, ANDREW BIDOU, STEVE DARDEN, ZACH HORTON, and JASON GOODNER, through their respective attorneys of record, hereby stipulate and agree as follows:

| Case No. 2:21-cv-00394-KJM-JDP | STIPULATION AND ORDER TO CONTINUE PRETRIAL SCHEDULING CONFERENCE |
|---|---|

-1-

WHEREAS, a Pretrial Scheduling Conference is currently scheduled in this matter for December 2, 2021, at 2:30 p.m.;

WHEREAS, Defendants' counsel will be out of the country and unavailable to appear on December 2, 2021;

WHEREAS, the Parties agree to a short continuance and are available on December 6, 2021;

NOW THEREFORE, the parties stipulate that the Pretrial Scheduling Conference be continued to December 6, 2021, at 2:30 p.m..

**IT IS SO STIPULATED.**

Dated:  November 4, 2021

*/s/ Jeffrey L. Mendelman*

JEFFREY L. MENDELMAN
VINCENT R. MAHER
Attorneys for Plaintiff JOHN RAUDELUNAS

Dated:  November 4, 2021

*/s/ Katelyn M. Knight*

KATELYN M. KNIGHT
Assistant City Attorney
Attorney for Defendants CITY OF VALLEJO, JODI BROWN, SHAWNY WILLIAMS, ANDREW BIDOU, STEVE DARDEN, ZACH HORTON, and JASON GOODNER

**IT IS SO ORDERED.**

Based on the above stipulation of counsel, the court hereby continues the Pretrial Scheduling Conference currently scheduled on December 2, 2021, to January 27, 2022, at 2.30 p.m.

DATED:  November 10, 2021.

CHIEF UNITED STATES DISTRICT JUDGE